**FILED**

MAY 25 2000

LARRY W. PROPES, CLERK
CHARLESTON SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTHEAST ATLANTIC GRAINS, a South Carolina partnership; AMERICAN GRAIN COMPANY, a West Virginia Corporation; BLACK RIVER FARMS, LTD., a South Carolina Corporation; BLUESTONE FARMS, INC., a West Virginia Corporation; BLUESTONE FARMS OF NORTH CAROLINA, INC., a North Carolina Corporation; CRESTWELL FARMS, INC., a West Virginia Corporation; INDIAN RIDGE, LLC, a West Virginia limited liability company; MALO, INC., a West Virginia Corporation; OLD DOMINION, LTD., a West Virginia Corporation, all of P.O. Box 1085, Beckley, WV 25802,<br><br>     Plaintiffs,<br><br>-vs-<br><br>DAN GLICKMAN, Secretary, United State Department of Agriculture, 14th St. and Independence Ave., S.E., Washington, DC 20250,<br><br>     Defendant. | Docket No. 2: 00-1401-18<br><br>MOTION FOR ADMISSION - PRO HAC VICE |

**GRANTED**

David A. Norton
United States District Judge

Date: 5/25/00