


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTHEAST ATLANTIC GRAINS, a South Caroline partnership; AMERICAN GRAIN COMPANY, a West Virginia corporation; BLACK RIVER FARMS, LTD., a South Carolina Corporation; BLUESTONE FARMS, INC., a West Virginia corporation; BLUESTONE FARMS OF NORTH CAROLINA, INC., a North Carolina corporation; CRESTWELL FARMS, INC., a West Virginia corporation; INDIAN RIDGE, LLC, a West Virginia limited liability company; MALO, INC., a West Virginia corporation; OLD DOMINION, LTD., a West Virginia corporation, all of P. O. Box 1085, Beckley, WV 25802, <br><br> Plaintiffs, <br><br> v. <br><br> ANN VENEMAN, Secretary, United States Department of Agriculture, 14th Street and Independence Avenue, S.E., Washington, D.C. 20250, <br><br> Defendant. | ) Civil Action No. 2:00-1401-18 |

## DEFENDANT'S MOTION TO WITHDRAW ALL OF HER PENDING MOTIONS AND OPPOSITION BRIEFS, WITHOUT PREJUDICE, AND WITH LEAVE TO RE-FILE AFTER COURT ORDERED MEDIATION

The Defendant, by and through her undersigned attorney, Assistant U.S. Attorney

N:\JGriffith\seatlantic grains\motion to withdraw motions.wpd       Page 1 of 3



Joseph P. Griffith, Jr., submits this Motion to Withdraw All of Her Pending Motions and Opposition Briefs, Without Prejudice, and with Leave to Re-file after Court Ordered Mediation. Plaintiffs' counsel does not oppose this motion, and, upon information and belief, intends to file a similar motion.

The Defendant makes this motion to allow the parties time to conduct court ordered mediation.

Dated: August 7, 2002                    Respectfully submitted,

J. STROM THURMOND, JR.
United States Attorney

_____
Joseph P. Griffith, Jr., Esquire
(Fed # 2473)
Assistant United States Attorney
170 Meeting Street, Suite 300
Post Office Box 978
Charleston, SC 29402
Telephone: (843) 727-4440
Fax: (843) 727-4443

# CERTIFICATE OF SERVICE

I certify that on August 7, 2002, a copy of the foregoing pleading was served on each party or counsel of record by mail in the manner prescribed by the applicable Federal Rules of Civil Procedure.

William E. Penn, Esquire
Agricultural and Rural Advocates, PLC
P.O. Box 305
1763 Brookshire Court
Williamston, MI 48895

William C. Bridgforth
Ramsay, Bridgforth, Harrelson & Starling
11th Floor Simmons First National Building
P.O. Box 8509
Pine Bluff, AR 71611

Ellison D. Smith, IV, Esquire
Smith, Bundy, Bybee & Barnett, P.C.
P.O. Box 1542
Mt. Pleasant, S.C. 29465

Joseph P. Griffith, Jr.
Assistant U.S. Attorney